1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHERMAN JONES,

11              Plaintiff,               No. 2:10-cv-2174 KJM KJN P

12        vs.

13   C. CANNEDY, et al.,

14              Defendants.              ORDER TO SHOW CAUSE

15   _____/

16              On March 17, 2011, this court directed:  (1) defendants to re-serve on plaintiff,

17   within seven days, their motion to dismiss; (2) plaintiff to file and serve, by April 8, 2011, an

18   opposition to defendants' motion, together with his stated reasons for seeking leave to file his

19   proposed First Amended Complaint; and (3) defendants to file and serve, by April 29, 2011, a

20   reply to plaintiff's opposition, and a response to plaintiff's request for leave to file a First

21   Amended Complaint.  (Dkt. No. 24.)  Defendants timely re-served their motion to dismiss (Dkt.

22   No. 25), and plaintiff timely filed his opposition to the motion and his stated reasons for seeking

23   leave to file his proposed First Amended Complaint (Dkt. Nos. 26, 27).  However, defendants did

24   not file a reply to plaintiff's opposition, or a response to plaintiff's request for leave to file his

25   proposed First Amended Complaint.

26   ////

1

1       Accordingly, IT IS HEREBY ORDERED that, within fourteen (14) days after the

2   filing date of this order, defendants shall:

3       1.  Demonstrate good cause for their failure to timely file a reply to plaintiff's

4   opposition to defendants' motion to dismiss, and a response to plaintiff's request for leave to file

5   a First Amended Complaint; and

6       2.  File such reply and response.

7       SO ORDERED.

8   DATED:  July 13, 2011

9

10  _____
    KENDALL J. NEWMAN

11  UNITED STATES MAGISTRATE JUDGE

12  jone2174.osc.7.11

2