```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  SHERMAN JONES,
11          Plaintiff,              No. 2:10-cv-2174 KJM KJN P
12      vs.
13  C. CANNEDY, et al.,
14          Defendants.             ORDER
15  _____/
```

16          On November 21, 2011, defendants filed a motion to dismiss plaintiff's amended
17  complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff has not opposed the
18  motion.
19          Local Rule 230(l) provides in part: "Failure of the responding party to file written
20  opposition or to file a statement of no opposition may be deemed a waiver of any opposition to
21  the granting of the motion . . . ." On September 29, 2010, plaintiff was advised of the
22  requirements for filing an opposition to a motion and that failure to oppose such a motion may be
23  deemed a waiver of opposition to the motion.
24          Local Rule 110 provides that failure to comply with the Local Rules "may be
25  grounds for imposition of any and all sanctions authorized by statute or Rule or within the
26  inherent power of the Court." In the order filed September 29, 2010, plaintiff was also advised

that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.  Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to file an opposition will be deemed as consent to have the:  (a) pending motion granted; (b) action dismissed for lack of prosecution; and (c) action dismissed based on plaintiff's failure to comply with these rules and a court order.  Said failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  December 29, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone2174.nooppo.kjn