MARGUERITE E. MEADE (SBN 136473)
LAW OFFICE OF MARGUERITE E. MEADE
636 Albemarle Street
El Cerrito CA 94530
Telephone: (510) 528-1753
Email: meadelaw@hotmail.com

WILLIAM L. SCHMIDT (SBN 206870)
WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.
P.O. Box 25001
Fresno, CA 93729-5001
Telephone 559.261.2222
Fax No. 559.436.8163
Email: bschmidt@ncinternet.net
*Attorneys for Plaintiff, SHERMAN JONES*

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
DAVID E. BRICE, State Bar No. 269443
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-8010
Fax: (916) 324-5205
E-mail: David.Brice@doj.ca.gov
*Attorneys for Defendants*
*Mini, Lizarraga, and Virga*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SHERMAN JONES,<br><br>         Plaintiff,<br><br>    v.<br><br>C. CANNEDY, et al.,<br><br>         Defendants. | Case No. 2:10-CV-02174-KJM –KJN P<br><br>**STIPULATION TO MODIFY DISCOVERY SCHEDULING ORDER; [PROPOSED] ORDER** |

Plaintiff SHERMAN JONES (hereinafter "Plaintiff") and defendants MINI, LIZARRAGA, and VIRGA, (hereinafter "Defendants") hereby present the following Stipulation to Modify the current Scheduling Order in the above-captioned action.

## **RECITALS**

The parties set forth the following recitals to demonstrate that good cause exists to modify the current discovery and scheduling order in this case:

WHEREAS, Plaintiff's First Amended Complaint (hereinafter "FAC") was filed on March 7, 2011.

WHEREAS, on July 29, 2011, the Court deemed the FAC the operative pleading.

WHEREAS, on February 24, 2012, attorneys Marguerite Meade and William L. Schmidt were substituted into this action as attorneys of record for Plaintiff.

WHEREAS, on September 24, 2012, the Court issued an order dismissing certain defendants and claims.  (ECF No. 53.)

WHEREAS, on October 8, 2012, Defendants filed an answer to Plaintiff's FAC.

WHEREAS, on October 18, 2012, the Court issued a scheduling order that deemed discovery closed on February 1, 2013.

WHEREAS, Defendants noticed Plaintiff's deposition for January 29, 2013, and agreed to reschedule it for March 19, 2013, at the request of Plaintiff's counsel.  Plaintiff is currently scheduled to be deposed on March 19, 2013.

WHEREAS, counsel for the parties have meet and conferred, and stipulated to Plaintiff's proposed deposition of the person most knowledgeable regarding the policy, practice or custom in place from January 19, 2010, through the summer of 2010 on B Facility at CSP – Sacramento that subjected African-American inmates to a modified program.

WHEREAS, no previous modification of the Discovery and Scheduling Order has taken place.

////

////

////

# STIPULATION

Now, therefore, IT IS HEREBY STIPULATED, by and between the parties, through their respective attorneys of record that:

1. Plaintiff shall be allowed to depose the Person Most Knowledgeable of the policy, practice or custom in place from January 19, 2010, through the summer of 2010 on B Facility at CSP – Sacramento that subjected African-American inmates to a modified program. The time and date for this deposition shall be coordinated through counsel and subject to the mutual availability of the parties and/or deponent.

2. Defendants shall be allowed to take the deposition of Plaintiff on March 19, 2013.

3. All other dates in the Discovery and Scheduling Order will remain the same.

**IT IS SO STIPULATED.**

Date: March 4, 2013                    LAW OFFICE OF MARGUERITE E. MEADE

By:     /s/ Marguerite E. Meade
        Marguerite E. Meade

        Attorney for Plaintiff SHERMAN JONES

Dated:   March 4, 2013                 LAW OFFICE OF WILLIAM L. SCHMIDT

By:     /s/ William Schmidt
        William L. Schmidt
        Attorney for Plaintiff SHERMAN JONES

////
////
////
////
////
////
////
////

Dated:   March 7, 2013

                                                 KAMALA D. HARRIS
                                               Attorney General of California
                                               MISHA D. IGRA
                                               Supervising Deputy Attorney General

                                       By:     /s/ David E. Brice
                                                             DAVID E. BRICE
                                                             Deputy Attorney General
                                                             *Attorneys for Defendants*
                                                             *Mini, Lizarraga, and Virga*

**IT IS SO ORDERED.**

Date: <u>3/18/2013</u>

                                              *[signature: Kendall J. Newman]*
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE