1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   MISHA D. IGRA, State Bar No. 208711
    Supervising Deputy Attorney General
3   DAVID E. BRICE, State Bar No. 269443
    Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 324-8010
6    Fax: (916) 324-5205
     E-mail: David.Brice@doj.ca.gov
7   *Attorneys for Defendants Mini, Lizarraga and Virga*

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12  **SHERMAN JONES,**                    Case No. 2:10-CV-02174-KJM-KJN

13                          Plaintiff,    **STIPULATION TO MODIFY DISCOVERY AND SCHEDULING ORDER; [~~PROPOSED~~] ORDER**

14          v.

15

16  **C. CANNEDY, et al.,**

17                          Defendants.

18

19      Plaintiff SHERMAN JONES (hereinafter "Plaintiff") and defendants MINI, LIZARRAGA,

20  and VIRGA, (hereinafter "Defendants") hereby present the following Stipulation to Modify the

21  Discovery and Scheduling Order in the above-captioned action.

22                              **RECITALS**

23      The parties set forth the following recitals to demonstrate that good cause exists to modify

24  the current discovery and scheduling order in this case:

25      WHEREAS, Plaintiff's First Amended Complaint (hereinafter "FAC") was filed on March

26  7, 2011.

27      WHEREAS, on July 29, 2011, the Court deemed the FAC the operative pleading.

28  / / /

                                    1

1        WHEREAS, on February 24, 2012, attorneys Marguerite Meade and William L. Schmidt
2   were substituted into this action as attorneys of record for Plaintiff.
3        WHEREAS, on September 24, 2012, the Court issued an order dismissing certain
4   defendants and claims.  (ECF No. 53.)
5        WHEREAS, on October 8, 2012, Defendants filed an answer to Plaintiff's FAC.
6        WHEREAS, on October 18, 2012, the Court issued a scheduling order that deemed
7   discovery closed on February 1, 2013.
8        WHEREAS, Plaintiff was deposed on March 19, 2013, pursuant to stipulation of the
9   parties.
10       WHEREAS, counsel for the parties met and conferred, stipulated to Plaintiff's proposed
11  deposition of the person most knowledgeable regarding the policy, practice or custom in place
12  from January 19, 2010, through the summer of 2010 on B Facility at CSP – Sacramento that
13  subjected African-American inmates to a modified program, and scheduled the deposition for
14  April 3, 2013, at 10 a.m.
15       WHEREAS, counsel for Plaintiff had to cancel the April 3 deposition because of a family
16  emergency.
17       WHEREAS, counsel for the parties have not yet been able determine a suitable new date to
18  reschedule the April 3 deposition.
19       WHEREAS, the dispositive motion deadline in this case is April 26, 2013.
20       WHEREAS, counsel for the parties do not believe they will be able to reschedule and
21  conduct the April 3 deposition within a reasonable time before the dispositive motion deadline.
22       WHEREAS, counsel for Defendants has scheduled a four-week FMLA leave in May.
23       WHEREAS, no previous extension of the dispositive motion deadline has taken place.

**STIPULATION**

25  Now, therefore, IT IS HEREBY STIPULATED, by and between the parties, through their
26  respective attorneys of record that:
27  1.   The dispositive motion deadline in this case shall be extended 75 days to July 10,
28  2013.

2. Plaintiff shall be allowed to depose the Person Most Knowledgeable of the policy, practice or custom in place from January 19, 2010, through the summer of 2010 on B Facility at CSP – Sacramento that subjected African-American inmates to a modified program. The time and date for this deposition shall be coordinated through counsel and subject to the mutual availability of the parties and/or deponent.

3. All other dates in the Discovery and Scheduling Order will remain the same.

IT IS SO STIPULATED.

Date:  April 15, 2013       LAW OFFICE OF MARGUERITE E. MEADE

By:  */s/ Marguerite E. Meade*_____
    Marguerite E. Meade
    Attorney for Plaintiff SHERMAN JONES

Dated:  April 15, 2013       LAW OFFICE OF WILLIAM L. SCHMIDT

By:  */s/ William L. Schmidt*_____
    William L. Schmidt
    Attorney for Plaintiff SHERMAN JONES

Dated:  April 15, 2013       KAMALA D. HARRIS
    Attorney General of California
    MISHA D. IGRA
    Supervising Deputy Attorney General

*/s/ David E. Brice*

DAVID E. BRICE
Deputy Attorney General
*Attorneys for Defendants Mini, Lizarraga and Virga*

**IT IS SO ORDERED.**

**Date:  4/16/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SA2010303600
31662837.doc

3