IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHERMAN JONES,**<br><br>Plaintiff,<br><br>v.<br><br>**C. CANNEDY, et al.,**<br><br>Defendants. | Case No. 2:10-CV-02174-KJM-KJN P<br><br>**STIPULATION TO MODIFY DISCOVERY AND SCHEDULING ORDER; [PROPOSED] ORDER** |

Plaintiff SHERMAN JONES (hereinafter "Plaintiff") and defendants MINI, LIZARRAGA, and VIRGA (hereinafter "Defendants") hereby present the following Stipulation to Modify the Discovery and Scheduling Order in the above-captioned action.

Good cause exists to modify the current discovery and scheduling order in this case because counsel for the parties are currently engaged in settlement negotiations and believe further time to discuss settlement would be beneficial, prior to the filing of any dispositive motions, and thus, the dispositive motion deadline should be extended by thirty days.

/ / /

/ / /

/ / /

1

# STIPULATION

Now, therefore, IT IS HEREBY STIPULATED, by and between the parties, through their respective attorneys of record that the dispositive motion deadline in this case shall be extended thirty days to September 23, 2013.

IT IS SO STIPULATED.

Dated:  August 20, 2013          LAW OFFICE OF MARGUERITE E. MEADE

By:  */s/ Marguerite E. Meade*  
     Marguerite E. Meade  
     Attorney for Plaintiff SHERMAN JONES

Dated:  August 20, 2013          LAW OFFICE OF WILLIAM L. SCHMIDT

By:  */s/ William L. Schmidt*  
     William L. Schmidt  
     Attorney for Plaintiff SHERMAN JONES

Dated:  August 20, 2013          KAMALA D. HARRIS  
     Attorney General of California  
     MISHA D. IGRA  
     Supervising Deputy Attorney General

*/s/ David E. Brice*

DAVID E. BRICE  
Deputy Attorney General  
*Attorneys for Defendants Lizarraga, Mini and Virga*

**IT IS SO ORDERED.**

Dated:  August 23, 2013

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

2