1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  DAVID E. BRICE, State Bar No. 269443
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-8010
6   Fax: (916) 324-5205
    E-mail: David.Brice@doj.ca.gov
7  *Attorneys for Defendants Lizarraga, Mini and Virga*

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

11

12  **SHERMAN JONES,**                 Case No. 2:10-CV-02174-KJM-KJN (PC)

13                      Plaintiff,     **STIPULATION TO MODIFY DISCOVERY AND SCHEDULING ORDER; [PROPOSED] ORDER**

14       v.

15

16  **C. CANNEDY, et al.,**

17                      Defendants.

18

19      Plaintiff SHERMAN JONES (hereinafter "Plaintiff") and defendants MINI, LIZARRAGA,

20  and VIRGA, (hereinafter "Defendants") hereby present the following Stipulation to Modify the

21  Discovery and Scheduling Order in the above-captioned action.

22      Good cause exists to modify the current discovery and scheduling order in this case because

23  the parties are currently engaged in productive settlement negotiations. Plaintiff's counsel is

24  unavailable this week and next, and counsel believe further time to discuss settlement would be

25  beneficial, prior to the filing of any dispositive motions. Thus, the dispositive motion deadline

26  should be extended to November 1.

27  / / /

28  / / /

1

**STIPULATION**

Now, therefore, IT IS HEREBY STIPULATED, by and between the parties, through their respective attorneys of record that the dispositive motion deadline in this case shall be extended to November 1, 2013.

IT IS SO STIPULATED.

Dated: September 18, 2013         LAW OFFICE OF MARGUERITE E. MEADE

By: */s/ Marguerite E. Meade*
Attorney for Plaintiff SHERMAN JONES

Dated: September 18, 2013         LAW OFFICE OF WILLIAM L. SCHMIDT

By: */s/ William L. Schmidt*
William L. Schmidt
Attorney for Plaintiff SHERMAN JONES

Dated: September 18, 2013         KAMALA D. HARRIS
Attorney General of California
MISHA D. IGRA
Supervising Deputy Attorney General

*/s/ David E. Brice*

DAVID E. BRICE
Deputy Attorney General
*Attorneys for Defendants Lizarraga, Mini and Virga*

**IT IS SO ORDERED.**

Dated: September 20, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone2174.prp.ord.

SA2010303600
31783462.doc