UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN JONES,<br><br>             Plaintiff,<br><br>      v.<br><br>C. CANNEDY, et al.,<br><br>             Defendants. | No.  2:10-cv-2174-KJM-KJN-P<br><br><br><br>ORDER |

On October 30, 2013, counsel for all parties filed a Notice of Settlement in this action. (ECF No. 67.) The parties request a period of 180 days to allow for payment of settlement funds prior to filing dispositional papers.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates in this action are vacated; and

2. The parties shall file their dispositional documents and/or a stipulated request for dismissal of this action, within 180 days after the filing date of this order.

Dated:  November 1, 2013

/jone2174.sett.disp.docs

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1