1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
3 | DAVID E. BRICE, State Bar No. 269443
Deputy Attorney General
4 |  1300 I Street, Suite 125
 P.O. Box 944255
5 |  Sacramento, CA  94244-2550
 Telephone:  (916) 324-8010
6 |  Facsimile:  (916) 324-5205
 E-mail: David.Brice@doj.ca.gov
7 | *Attorneys for Defendants Virga, Lizarraga, and Mini*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHERMAN JONES**,<br><br>                                    Plaintiff,<br><br>v.<br><br>**C. CANNEDY, et al.**,<br><br>                                    Defendants. | Case No. 2:10-CV-02174-KJM-KJN-P<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

   Plaintiff Sherman Jones and Defendants Virga, Lizarraga, and Mini have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

1

Each party shall bear its own litigation costs and attorney's fees.

IT IS SO STIPULATED.

| Dated: | 4/15/2014 | */s/ William L. Schmidt* |
|---|---|---|
| | | William L. Schmidt |
| | | *Attorney for Plaintiff* |

| Dated: | 4/15/2014 | */s/ Marguerite Meade* |
|---|---|---|
| | | Marguerite Meade |
| | | *Attorney for Plaintiff* |

| Dated: | 4/15/2014 | */s/ David E. Brice* |
|---|---|---|
| | | David E. Brice |
| | | Deputy Attorney General |
| | | California Attorney General's Office |
| | | *Attorney for Defendants* |

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated: April 21, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone2174.Stip.Dism.

[SA2010303600
31814899.doc]

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:10-CV-02174-KJM-KJN (PC))